1  Clyde A. Thompson, SBN 72920
   Benjamin A. Thompson, SBN 236590
2  HAAPALA, ALTURA, THOMPSON & ABERN, LLP
   1939 Harrison Street, Suite 800
3  Oakland, California 94612
   Tel:    510-763-2324
4  Fax:    510-273-8570

5  Attorneys For Defendants
   COUNTY OF ALAMEDA, CHARLES PLUMMER,
6  and ALAMEDA COUNTY SHERIFF'S OFFICE

7

8              UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

10 SALVADOR RAMOS,                        ) Case No.: C06-03349 MMC (MEJ)
                                          )
11        Plaintiff,                      ) **STIPULATION AND PROTECTIVE**
                                          ) **ORDER REGARDING WRITINGS,**
12    vs.                                 ) **MATERIALS AND INFORMATION TO**
                                          ) **BE PRODUCED BY THE PARTIES FOR**
13 COUNTY OF ALAMEDA, ALAMEDA             ) **INSPECTION, COPYING AND USE IN**
   COUNTY SHERIFF'S DEPARTMENT,           ) **THIS LITIGATION**
14 CHARLES C. PLUMMER, in His Capacity    )
   As The Sheriff Of Alameda County, And  )
15 DOES 1 To 100, inclusive,              )
                                          )
16        Defendants.                     )
   _____)

17

18        Plaintiff and Defendants (hereafter "Parties") will be producing writings, materials and

19 information in this action, either by request for production or through an initial disclosure in

20 accordance with Federal Rules of Civil Procedure, Rule 26.

21        The Parties believe such writings, materials and information are in whole or in part,

22 confidential, security sensitive and privileged, contain information and references to medical

23 and mental health records, substance abuse information, law enforcement and criminal justice

24 records, and will only be produced for inspection or copying under this protective order.

25        IT IS HEREBY STIPULATED by the parties, through their counsel, as follows:

26        1. All writings (as defined by Federal Rules of Evidence, Rule 1001), materials, and

27 information produced and designated "confidential" by the Parties shall be securely maintained

28 and kept confidential in accordance with the terms of this stipulation and protective order.  Any

1

*Ramos v. County of Alameda, et al.*/Case #C06-03349 MMC
Stipulation And Protective Order Regarding Writings, Materials And Information To
Be Produced By The Parties For Inspection, Copying And Use In This Litigation

information designated confidential shall be marked "confidential."  The Parties and their counsel will act in good faith in designating the information as "confidential" so as to comply with the requirements of Northern District Local Rule 79-5.  If any Party, through their counsel, contend that any of the information designated as "confidential" by an opposing Party is <u>not</u> confidential, security sensitive or privileged, then that Party and/or counsel must make a proper and timely objection to opposing counsel, meet and confer in an effort to resolve the disagreement, and if the disagreement is not resolved after meeting and conferring, bring the issue before the court for resolution.

    2.  Counsel for the Parties may as appropriate in this action show any such "confidential" writings, photographs, materials, or any copies, prints, negatives, listings or summaries to Parties to the action, witnesses, and experts or consultants employed by the Parties and retained in connection with this specific action.  The Parties to the stipulation and protective order and counsel shall not give, show, or otherwise divulge any such writings, photographs, materials or information, or the contents or substance thereof, or any copies, prints, negatives, listings or summaries, to any person or other entity except their employees, experts or consultants employed and retained in connection with this specific action.

    3.  The employees, experts or consultants of the Parties in this action shall be given a copy of this stipulation and protective order, and shall agree to be bound by its terms, prior to being given access to such writings, materials or information.

    4.  All information submitted to or filed with the Court in connection with this action which contain, set forth, summarize or otherwise refer to confidential writings, materials or information, shall be filed with the court under seal pursuant to and in accordance with the procedures set forth in Northern District Local Rule 79-5.  The confidential portions of the information to be filed with the court shall be filed in sealed envelopes as set forth in Northern District Local Rule 79-5, which shall not be opened, nor the contents displayed or revealed to anyone except by express order of the court.  The Court, its employees and designated representatives are permitted to review the contents of such sealed items for the purpose of ruling on any matter before the court.

2

*Ramos v. County of Alameda, et al./*Case #C06-03349 MMC
Stipulation And Protective Order Regarding Writings, Materials And Information To
Be Produced By The Parties For Inspection, Copying And Use In This Litigation

Haapala, Altura, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone:  510-763-2324
Facsimile:  510-273-8570

5. The Parties through their counsel, experts and consultants may only use the writings, materials or information covered by this order, and information contained therein, solely in connection with this action, Case No. C06-03349 MMC (MEJ).

6. Upon completion of the trial and any appeals in this case, or upon conclusion of any settlement, counsel for the Parties who have obtained any writings, materials or information under this order shall collect them from all recipients and return them and all copies, lists, prints, negatives or summaries to counsel for the Party that produced the confidential material, or advise the producing party's counsel in writing that all copies had been destroyed.

7. None of the Parties to this action, their counsel or any of the other persons or entities who have agreed to be bound by the terms of the stipulation and protective order shall hereafter unilaterally change, limit, vacate or otherwise modify or terminate the effect of this stipulation and protective order. Any modification to the protective order requires further stipulation of the Parties and Court order, or by motion to the Court for good cause.

8. The improper disclosure of any confidential writings, materials, or information obtained under this stipulation and protective order, or any other violation of this protective order by any person or entity, shall render the offending person or entity subject to such sanction as the court deems appropriate.

Dated: August 16, 2006        LAW OFFICES OF STEVEN R. JACOBSEN

By:_____/s/ James L. Armstrong_____
    James L. Armstrong
    Attorneys For Plaintiff

Dated: August 16, 2006        HAAPALA, ALTURA,
                              THOMPSON & ABERN, LLP

By:_____/s/ Benjamin A. Thompson_____
    Benjamin A. Thompson
    Attorneys For Defendants
    COUNTY OF ALAMEDA, CHARLES
    PLUMMER, and ALAMEDA COUNTY
    SHERIFF'S OFFICE

3

*Ramos v. County of Alameda, et al.*/Case #C06-03349 MMC
Stipulation And Protective Order Regarding Writings, Materials And Information To Be Produced By The Parties For Inspection, Copying And Use In This Litigation

**PROTECTIVE ORDER**

Having considered the proposed stipulation, the Court orders that the writings, materials and information relating to this action will be maintained in accordance with the provisions of this stipulation.

IT IS SO ORDERED.

Dated: August 17, 2006

_____
Honorable Maxine M. Chesney

4

*Ramos v. County of Alameda, et al./*Case #C06-03349 MMC
Stipulation And Protective Order Regarding Writings, Materials And Information To Be Produced By The Parties For Inspection, Copying And Use In This Litigation

Haapala, Altura, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570