**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR RAMOS, | No. C 06-3349 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| COUNTY OF ALAMEDA et al., | |
| Defendants. | |

Before the Court is the parties' Joint Case Management Statement, wherein the parties state a settlement conference has been scheduled for August 29, 2006 by Magistrate Judge Maria-Elena James, and request that the Court defer setting a trial date pending completion of that conference. In light of the scheduled settlement conference, the Court hereby CONTINUES the August 25, 2006 Case Management Conference to October 13, 2006 at 10:30 a.m.

**IT IS SO ORDERED.**

Dated: August 17, 2006

MAXINE M. CHESNEY
United States District Judge