**STEVEN R. JACOBSEN,** Bar No. 95246
Email: srj@theaccidentallawyer.com
**JAMES L. ARMSTRONG,** Bar No. 87797
Email: jla@theaccidentallawyer.com
**LAW OFFICES OF STEVEN R. JACOBSEN**
901 Clay Street
Oakland, California 94607
Phone: (510) 465-1500 Fax: (510) 465-1501

**Attorneys for Plaintiff**
**Salvador Ramos**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR RAMOS, | Case No.: C06-03349 MMC |
| Plaintiff, | STIPULATION AND (PROPOSED) ORDER TO CONTINUE SETTLEMENT CONFERENCE DATE |
| vs. | |
| COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S DEPARTMENT, CHARLES C. PLUMMER, In His Capacity As The Sheriff Of Alameda County, and DOES 1 TO 100, Inclusive, | |
| Defendants. | |

The parties in the above-entitled action hereby stipulate and agree to continue the Settlement Conference hearing presently scheduled for August 29, 2006 at 10:00 a.m., before Magistrate Judge Maria Elena James, to October 18, 2006 at 10:00a.m.

Dated: August 17, 2006          James Armstrong for plaintiff    //s//
                                [Typed name and signature of counsel.]

Dated: August 17, 2006          Clyde Thompson for defendants   //s//
                                [Typed name and signature of counsel.]

So ordered.

Dated: August 21, 2006          _____
                                MAGISTRATE JUDGE MARIA ELENA JAMES

-1-

Stipulation and (Proposed) Order
to Continue Settlement Conference
*Ramos v.County of Alameda*
Case No. C06-03349 MMC