Clyde A. Thompson, SBN 72920
Benjamin A. Thompson, SBN 236590
HAAPALA, ALTURA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:   510-763-2324
Fax:   510-273-8570

Attorneys For Defendants
COUNTY OF ALAMEDA, CHARLES PLUMMER,
and ALAMEDA COUNTY SHERIFF'S OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| SALVADOR RAMOS,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S DEPARTMENT, CHARLES C. PLUMMER, in His Capacity As The Sheriff Of Alameda County, And DOES 1 To 100, inclusive,<br><br>    Defendants. | Case No.: C06-03349 MMC (MEJ)<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT SHERIFF CHARLES C. PLUMMER'S REQUEST TO BE EXCUSED FROM APPEARING IN PERSON OR BY TELEPHONE AT OCTOBER 18, 2006 SETTLEMENT CONFERENCE |

Defendant SHERIFF CHARLES C. PLUMMER has requested to be excused from personally attending the October 18, 2006 settlement conference. Attending in his place will be a representative of the COUNTY OF ALAMEDA who is authorized to settle the case.

Good cause appearing, Defendant's request to be excused from the conference is hereby granted.

Dated:   October 12, 2006

_____
Honorable Maria Elena James

1

*Ramos v. County of Alameda, et al./*Case #C06-03349 MMC
[Proposed] Order Granting Defendant Sheriff Charles C. Plummer's Request To Be Excused From Appearing In Person Or By Telephone At October 18, 2006 Settlement Conference